UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EVERETT PELLUM SR., <br><br> Plaintiff, <br><br> v. <br><br> FBI, et. al, <br><br> Defendants. | Case No.: 1:12-cv-01541 JLT (PC) <br><br> **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** <br><br> (Doc. 6). |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On December 3, 2012, the Court dismissed Plaintiff's Complaint, but allowed him to file an amended complaint within 21 days to address the deficiencies outlined by the Court. (Doc. 6). The Court's order also warned Plaintiff that if he failed to comply with the order, the matter may be dismissed. (Id.). Despite the Court's order and warning, Plaintiff has failed to amend his complaint.

Accordingly, it is **HEREBY ORDERED**:

1. Within 14 days from the date of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order. Alternatively, Plaintiff **SHALL**, within the same 14-day period, file with the Court an amended pleading as previously ordered.

1 **Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss his**
2 **matter.**

4 IT IS SO ORDERED.

5   Dated:   **January 2, 2013**                              **/s/ Jennifer L. Thurston**
6                                                              UNITED STATES MAGISTRATE JUDGE